| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scott J. Goldstein<br><br>280 West Main Street<br>Denville, New Jersey 07834<br>Tel: 973-453-2838<br>Fax: 973-453-2869<br>sjg@sgoldsteinlaw.com<br><br>Attorney for Debtor(s) | |
| In Re:<br><br>Jacqueline M. Pereira,<br><br>Debtor(s). | Case No.    21-13586<br>Chapter    13<br>Adv. No.<br>Hearing Date    9/23/202109/23/21<br>Judge:    Honorable John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, **Scott J. Goldstein**,

   ☒ represent Debtor in this matter.

   ☐ am the secretary/paralegal for  Scott J. Goldstein , who represents the Debtor(s)  in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On  9/14/2021 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion to Sell Real Property. Application to Shorten Time; Order Shortening Time

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Date:  9/14/2021                              /s/ Scott J. Goldstein
                                                              Signature

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Standing Chapter 13 Trustee<br>30 Two Bridges Road, Suite 330,<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  Per waiver via CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All creditors and counsel per attached | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>JACQUELINE PEREIRA | CASE NO: 21-13586<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/14/2021, I did cause a copy of the following documents, described below,

Motion to Sell Real Property, Application to Shorten Time, Order Shortening Time

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/14/2021

/s/ Scott J. Goldstein
Scott J. Goldstein

Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ  07834
973 453 2838

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| IN RE: | CASE NO: 21-13586 |
|---|---|
| JACQUELINE PEREIRA | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/14/2021, a copy of the following documents, described below,

Motion to Sell Real Property, Application to Shorten Time, Order Shortening Time

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/14/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Scott J. Goldstein
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ  07834

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | | EXCLUDE |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03122<br>CASE 21-13586-JKS<br>DISTRICT OF NEW JERSEY<br>NEWARK<br>MON SEP 13 16-10-05 EDT 2021 | SYNCHRONY BANK CO PRA RECEIVABLES<br>MANAGEMEN<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | | US BANKRUPTCY COURT<br>MLK JR FEDERAL BUILDING<br>50 WALNUT STREET<br>NEWARK NJ 07102-3550 |

ALAN P SPINIELLO
ATTORNEY AT LAW
45 ESSEX STREET
HACKENSACK NJ 07601-5413

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON DE 19899-8801

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CITIBANKEXXON MOBILE
ATTN BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

COMENITYCAPITALULTA
ATTN BANKRUPTCY DEPT
PO BOX 183003
COLUMBUS OH 43218-3003

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS NV 89193-8873

DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

DEPARTMENT STORES NATIONAL BANK
CO QUANTUM3 GROUP LLC
PO BOX 657
KIRKLAND WA 98083-0657

DOVENMUEHLE MORTGAGE INC
ATTN BANKRUPTCY
1 CORPORATE DR STE 360
LAKE ZURICH IL 60047-8945

GUS LIMNIOS
449 WINDSOR RD
WOOD RIDGE NJ 07075-1217

HACKENSACK UNIVERSITY MED CENTER
30 PROSPECT AVE
HACKENSACK NJ 07601-1915

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

KOHLSCAPITAL ONE
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE WI 53201-3043

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PROFESSIONAL PHYSICAL THERAPY
7076 PASSAIC AVE
FLORHAM PARK NJ 07932-3041

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND WA 98083-0788

RECEIVABLE COLLECTION SERVICES
170 JERICHO TURNPIKE
SUITE 204
FLORAL PARK NY 11001-2024

SYNCHRONY BANK
CO OF PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKGAP
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

TD BANK USA NA
C O WEINSTEIN  RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121-3132

TARGET
CO FINANCIAL  RETAIL SERVICES
MAILSTOP BT PO BOX 9475
MINNEAPOLIS MN 55440-9475

US TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102-5235

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED ELECTRONICALLY VIA CM/ECF NOTICE THROUGH THE CM/ECF SYSTEM
```

```
                                    DEBTOR
VILLAGE CAPITAL  INVESTMENT LLC     JACQUELINE M PEREIRA          MARIE ANN GREENBERG
1 CORPORATE DRIVE SUITE 360         441 FARNHAM AVE               CHAPTER 13 STANDING TRUSTEE
LAKE ZURICH IL 60047-8945           LODI NJ 07644-1204            30 TWO BRIDGES RD
                                                                  SUITE 330
                                                                  FAIRFIELD NJ 07004-1550


SCOTT J GOLDSTEIN
LAW OFFICES OF SCOTT J GOLDSTEIN LLC
280 WEST MAIN STREET
DENVILLE NJ 07834-1233
```

ADDRESSES WHERE ALL MAY BE PRESENT WERE SERVED NEO ON 9/14/21 SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| (Creditor) | (U.S. Trustee) | (Creditor) |
|---|---|---|
| Village Capital & Investment, LLC<br>represented by:<br>Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br><br>dcarlon@kmllawgroup.com | U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br><br>USTPRegion03.NE.ECF@usdoj.gov | Synchrony Bank c/o PRA Receivables<br>Management, LLC<br>PO BOX 41021<br>Norfolk, VA 23541 |

| (Debtor) | (Trustee) |
|---|---|
| Jacqueline M Pereira<br>441 Farnham Ave<br>Lodi, NJ 07644<br>represented by:<br>Scott J. Goldstein<br>Law Offices of Scott J. Goldstein, LLC<br>280 West Main Street<br>Denville, NJ 07834<br><br>sjg@sgoldsteinlaw.com | Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550<br><br>magecf@magtrustee.com |