| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>JACQUELINE M PEREIRA | Case No.: 21-13586<br><br>Adv. No.:<br><br>Hearing Date:  11/19/2021<br><br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/05/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JACQUELINE M PEREIRA
441 FARNHAM AVE
LODI, NJ  07644
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834
Mode of Service:  Regular Mail

Dated:  October 05, 2021

By:  /S/  Jackie Michaels
     Jackie Michaels